LOUIS BORDES, Respondent, *v.* THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

Argued November 27, 1940; decided December 31, 1940.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr., Paxton Blair* and *L. S. Carpenter* of counsel), for appellant.

*Thomas J. Milan* and *Morris Zweibel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., and SEARS, J.